UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FELIPE MORROW, SHARON MORROW, MARVIN SIMPSON, RECO SIMPSON, LANARD ALLEN, MARIO MAYES, JAMES LEWIS, GARY MAYES, JABUREE SIMPSON, by parent and next friend SHARON MORROW, MARVA SIMPSON, by parent and next friend SHARON MORROW, RAVEN SIMPSON, by parent and next friend RECO SIMPSON, RIYA SIMPSON, by parent and next friend RECO SIMPSON, and LANIYAH SIMPSON, by parent and next friend LANARD ALLEN,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>FORD HEIGHTS POLICE DEPARTMENT, CHIEF CECIL COOK, OFFICER EVANS and OFFICER EPPS,<br><br>　　　　　Defendants. | Docket No. 05-cv-3504<br><br>Assigned Judge: Honorable Amy J. St. Eve |

**STIPULATED & AGREED JUDGMENT ORDER**

It is hereby stipulated and agreed by and between the Plaintiffs, and each of them ("Plaintiffs"), and the Defendants, Ford Heights Police Department, Chief Cecil Cook, Officer Evans and Officer Epps, and each of them ("Defendants"), through their respective counsel, that judgment in the above referenced cause be entered in favor of the Plaintiffs and against the Defendants as follows:

1. The Defendants will pay to the Plaintiffs the amount of $59,000.00, payable in two equal installments, the first payment to be made by the Defendants no later than November 15, 2005, said payment being in the amount of $29,500.00. The second and final installment payment shall be in the amount of $29,500.00, to be paid no later than March 15, 2006. All

payments are to be in the form of a certified or cashiers check and made payable to Guth, Reinke & Farnan, Ltd., attorneys for the Plaintiffs, to be held in Trust and distributed to the Plaintiffs and Plaintiffs' counsel in two equal installments totaling the following amounts, after payment in full, as follows:

| | | |
|---|---|---|
| (a) | Felipe Morrow | $15,000.00 |
| (b) | Sharon Morrow | $1,500.00 |
| (c) | Marvin Simpson | $5,000.00 |
| (d) | Reco Simpson | $5,000.00 |
| (e) | Mario Mayes | $5,000.00 |
| (f) | James Lewis | $1,500.00 |
| (g) | Gary Mayes | $2,000.00 |
| (h) | Lenard Allen | $1,500.00 |
| (i) | Jaburee Simpson | $1,500.00 |
| (j) | Marva Simpson | $1,500.00 |
| (k) | Raven Simpson | $1,500.00 |
| (l) | Riya Simpson | $1,500.00 |
| (m) | Laniyah Simpson | $1,500.00 |
| (n) | Guth, Reinke & Farnan, Ltd as attorneys | $15,000.00 |

2. The reasonable costs incurred by Guth, Reinke & Farnan, Ltd., shall be paid pro rata out of the distributable amounts payable to the Plaintiffs.

3. Interest from the date of entry of this Judgment Order shall inure at the annual rate of 6% until said judgment is paid in full.

4. If there is a default as to any installment, said installment as well as the entire balance due and owing shall immediately become due and payable.

5. If there is a default of any installments, Plaintiffs shall be entitled to pursue all of their rights and remedies with respect to any unpaid balance due, including post-judgment enforcement proceedings against the Defendants.

6. Plaintiffs need not give the Defendants notice or demand of any default hereunder.

7. Plaintiffs and Defendants hereby agree to pay its own court costs of suit. However, in the even the Plaintiffs are required to pursue their remedies for any default by the Defendants, the Plaintiffs may include in the balance due to the Plaintiffs any amounts, including attorneys' fees, incurred in executing on this judgment as well as any costs incurred in recovering said amounts.

8. Notwithstanding the foregoing, should the Defendants be of the good faith belief that they cannot meet the payment deadlines referred to herein, they must seek relief by appropriate petition to this Court and must establish with this Court by a preponderance of the evidence that they in good faith have a financial hardship that prevents them from meeting the terms of this judgment.

9. This judgment is joint and several, and the financial inability of one Defendant to pay according to the terms herein does not relieve the remaining Defendants from such obligations.

10. If the Defendants petition this Court for relief from its obligations hereunder based upon a good faith financial hardship, the Defendants will be obliged to pay the Plaintiffs'

attorneys' fees and court costs as determined by this Court and as reasonably incurred by the Plaintiffs in responding to said petition.

11. This Court retains jurisdiction over this matter to enforce the terms herein.

The parties, through counsel, stipulate and agree to the terms herein.

For the Plaintiffs:

GUTH, REINKE & FARNAN, LTD.

By: _____
       Glenn J. Guth

Date: 10/21/05

For the Defendants:

DIRK VAN BEEK

By: _____
       Dirk Van Beek

Date: 10 21 05

4